**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CHRISTOPHER M. MONGIELLO,

                            Plaintiff,                       24 **CIVIL** 4842 (CS)

        -against-                             **JUDGMENT**

  CITY OF NEW ROCHELLE, et al.,

                          Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated April 13, 2026, Defendants' motion for summary

judgment is GRANTED, and Plaintiff's cross-motion for sanctions is DENIED. Accordingly,

judgment is entered in favor of the Defendants and the case is closed.

**Dated:**  New York, New York

      April 14, 2026

                                  **TAMMI M. HELLWIG**

                                  **Clerk of Court**

                **BY:**    _Negam Dulal_

                                  **Deputy Clerk**